THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL MADURO, WILLIAM BROWN and FRANK HOLMES, Appellants.

Argued June 9, 1943; decided July 20, 1943.

---

* See footnote to *People ex rel. Chemical Bank & Trust Co.* v. *Miller,* 291 N. Y. 507, 508 — [REP.

*Abraham J. Gellinoff, Charles Pilatsky, Samuel Morgenroth, Eustace V. Dench* and *Gerard P. Culkin* for William Brown, appellant.

*Moses A. Sachs, William T. Andrews, Dominic T. Aurichio, Harry J. Fine* and *Abraham J. Gellinoff* for Samuel Maduro, appellant.

*Robert Mitchell, Charles Tolleris, N. Henry Lindenauer, LeRoy Campbell* and *Abraham J. Gellinoff* for Frank Holmes, appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer, Stanley H. Fuld* and *George R. Raducan* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.